**FILED**
MAY 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOME BUILDERS ASSOCIATION OF NORTHERN )
CALIFORNIA; CALIFORNIA BUILDING INDUSTRY )
ASSOCIATION; BUILDING INDUSTRY LEGAL )
DEFENSE FOUNDATION, )
)

      Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE;
H. DALE HALL, Director of the United States Fish and
Wildlife Service, in his official capacity; UNITED
STATES DEPARTMENT OF THE INTERIOR
P. LYNN SCARLETT, Acting Secretary of the United
States Department of the Interior, in her official capacity,

      Defendants.

CASE NUMBER 1:06CV00932

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Review

DATE STAMP: 05/17/2006

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**
**(For Plaintiff: Home Builders Association of Northern California)**

I, the undersigned, counsel of record for the Home Builders Association of Northern California (HBANC) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of HBANC which have any outstanding securities in the hands of the public: HBANC has no publicly-traded parent companies, subsidiaries, or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

DATE: May 15, 2006

                                      Respectfully submitted,

                                      */s/ James Lister*

                                      William P. Horn
                                      District of Columbia Bar No. 375666
                                      James H. Lister
                                      District of Columbia Bar No. 44878
                                      Birch, Horton, Bittner & Cherot
                                      1155 Connecticut Avenue, N.W.
                                      Washington, DC 20036
                                      Telephone: (202) 659-5800
                                      Facsimile: (202) 659-1027
                                      Counsel of Record for the Home Builders
                                      Association of Northern California

G:\101494\1\CP0349.DOC

FILED
MAY 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF THE INTERIOR P. LYNN SCARLETT, Acting Secretary of the United States Department of the Interior, in her official capacity,<br><br>Defendants. | CASE NUMBER  1:06CV00932<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: Administrative Agency Review<br><br>DATE STAMP: 05/17/2006 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
(For Plaintiff: Building Industry Legal Defense Foundation)

I, the undersigned, counsel of record for the Building Industry Legal Defense Foundation (BILD) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of BILD which have any outstanding securities in the hands of the public: BILD has no publicly-traded parent companies, subsidiaries, or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

DATE: May 15, 2006

                                      Respectfully submitted,

                                      _/s/ James Lister_

                                      William P. Horn
                                      District of Columbia Bar No. 375666
                                      James H. Lister
                                      District of Columbia Bar No. 44878
                                      Birch, Horton, Bittner & Cherot
                                      1155 Connecticut Avenue, N.W.
                                      Washington, DC 20036
                                      Telephone: (202) 659-5800
                                      Facsimile:  (202) 659-1027
                                      Counsel of Record for the Building Industry
                                      Legal Defense Foundation

G:\101494\1\CP0351.DOC



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF THE INTERIOR P. LYNN SCARLETT, Acting Secretary of the United States Department of the Interior, in her official capacity,<br><br>            Defendants. | CASE NUMBER  1:06CV00932<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: Administrative Agency Review<br><br>DATE STAMP: 05/17/2006 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**
(For Plaintiff: California Building Industry Association)

I, the undersigned, counsel of record for the California Building Industry Association (CBIA) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of CBIA which have any outstanding securities in the hands of the public: CBIA has no publicly-traded parent companies, subsidiaries, or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

DATE: May 15, 2006

                                        Respectfully submitted,

                                        */s/ James Lister*

                                        William P. Horn
                                        District of Columbia Bar No. 375666
                                        James H. Lister
                                        District of Columbia Bar No. 44878
                                        Birch, Horton, Bittner & Cherot
                                        1155 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                        Telephone: (202) 659-5800
                                        Facsimile: (202) 659-1027
                                        Counsel of Record for the California
                                        Building Industry Association

G:\101494\1\CP0350.DOC