UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOME BUILDERS ASSOC. OF<br>NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-932-RWR<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANT'S NOTICE OF APPEARANCE**

On behalf of the Federal Defendants, U.S. Fish and Wildlife Service, H. Dale Hall, U.S. Department of the Interior, and Dirk Kempthorne,[1] the United States enters the appearance of Joseph H. Kim, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Kim.

Dated: June 23, 2006        Respectfully submitted,

SUE ELLEN WOOLRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

      s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL Bar No. 6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in his official capacity, Dirk Kempthorne is automatically substituted as a Defendant in place of Lynn Scarlet [*sic*]. The address for all Defendants is 1849 C Street, N.W., Washington, D.C. 20240.