UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>      Defendants. | No. 06-CV-00932 |

### AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS

Pursuant to Fed. R. Civ. P. 4(i) regarding Service of Summons to the United States, Its Agencies, Its Corporations, Officers or Employees, I, Robert M. Schweitzer, declare as follows:

1. My full name is Robert M. Schweitzer.

2. I am an employee of the law firm of Birch, Horton, Bittner and Cherot, which represents the Plaintiffs in this matter. My office address is 1155 Connecticut Avenue, N.W., Washington, D.C. 20036.

3. On May 22, 2006, at the direction of James H. Lister, Esquire, I sent packages to the following six Defendants by United States Postal Service ("USPS") Certified Mail: (1) U.S. Fish & Wildlife Service, 1849 C Street, N.W., Washington, D.C. 20240; (2) Lynn Scarlet, Acting Secretary, United States Department of Interior, 1849 C Street, N.W., Washington, D.C. 20240; (3) H. Dale Hall, Director, United States Fish and Wildlife Service, 1849 C Street, N.W., Washington, D.C. 20240; (4) United States Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; (5) Alberto R. Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530; and (6) Kenneth L. Weinstein, Civil Process Clerk for U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530. The following documents were included in these packages: (a) Summons; (b) Complaint for Declaratory Judgment and Injunctive Relief; (c) Notice of Related Case; (d) Disclosure of Corporate Affiliations and Financial Interests for Home Builders Association of Northern California, California Building Industry Association and Building Industry Legal Defense Foundation, and (e) Court provided notices accompanying Summons. *See* Exhibit 1 attaching USPS certified mail receipts.

4. USPS records, attached as Exhibit 2, confirm that each of the six addresses received the certified mail packages on either May 25 or May 26, 2006.[1]

---

[1] Two of the packages were delivered to the United States Fish & Wildlife Service ("USFWS") at the same address. One package was addressed to the USFWS, one was addressed to the Director of the USFWS, who is being sued in his official capacity. To prove receipt of the first package, we obtained the USPS record of delivery and signature which is included in Exhibit 2 – the green return receipt card for that package omitted the return address of my law firm and so it did not come back. Included within Exhibit 2 is the green return receipt card for the other package sent to USFWS and the green return receipt cards for delivery of the packages to the other persons served with process.

5. I certify that the foregoing is true and correct, on this day, June 23, 2006.

*[signature]*
_____
Robert M. Schweitzer

Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
**Attention: James H. Lister, Esq.**

District of Columbia : SS

Subscribed and Sworn to before me, in my presence, this __23rd__ day of __June__, 2006.

*[signature]*
_____
Notary Public

My commission expires: __5/14/2010__

G:\101494\1\BAW0113.DOC

# EXHIBIT 1



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales
   United States Attorney General
   United States Department of Justice
   Office of the Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt

---

Alberto R. Gonzales
United States Attorney General
Office of the Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

Abs & Cherot
professional corporation

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  Alberto R. Gonzales, US Atty Gen
Street, Apt. No.; 950 PA Avenue, NW
or PO Box No.
City, State, ZIP+4  Washington, DC 20530-001

7005 0410 0000 9797 2209
7005 0410 0000 9797 2209

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   H. Dale Hall
   Director of the United States
   Fish and Wildlife Service
   1849 C Street, NW
   Washington, DC 20240

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

Director of the United States
Fish and Wildlife Service
1849 C. Street, NW
Washington, DC 20240

Bittner & Cherot
a professional corporation

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage         $ 2.07
Certified Fee     2.40
Return Receipt Fee
(Endorsement Required)  1.85
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $ 6.32

Sent To  H. Dale Hall Fish & Wildlife Service
Street, Apt. No.;
or PO Box No. 1849 C. Street, NW
City, State, ZIP+4 Washington, DC 20240

7005 1160 0003 9791 5226
7005 1160 0003 9791 5226

CERTIFIED MAIL



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2. Article Number *(Transfer from service label)*  
7005 1160 0003 9791 2743

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

3. Service Type  
☐ Certified Mail   ☐ Express Mail  
☐ Registered       ☐ Return Receipt for Merchandise  
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? ( Extra Fee )   ☐ Yes

---

United States Fish and Wildlife Service  
c/o Director  
1849 C Street NW  
Washington, DC 20240

**U.S. Postal Service™**  
**CERTIFIED MAIL™ RECEIPT**  
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $2.07  
Certified Fee  2.40  
Return Receipt Fee (Endorsement Required)  1.85  
Restricted Delivery Fee (Endorsement Required)  
Total Postage & Fees  $6.32

Postmark Here

Sent To: US Fish&Wildlife Service  
Street, Apt. No.; 1849 C Street, NW  
or PO Box No.  
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, June 2002    See Reverse for Instructions

7005 1160 0003 9791 2743

CERTIFIED MAIL





# EXHIBIT 2

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Alberto R. Gonzales
   United States Attorney General
   United States Department of Justice
   Office of the Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _[illegible]_   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## Return Receipt 2

1. Article Addressed to:
   United States Department of the Interior
   Acting Secretary
   1849 C Street, NW
   Washington, DC 20240

B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 5-26-06

---

## Return Receipt 3

1. Article Addressed to:
   Civil Process Clerk for Kenneth L. Wainstein, US Atty.
   US Attorney's Office for the District of Columbia
   555 4th Street, NW
   Washington, DC 20530

---

## Return Receipt 4

1. Article Addressed to:
   Lynn Scarlet
   Acting Secretary of the US Department of the Interior
   1849 C Street, NW
   Washington, DC 20240

B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 5-26-06

---

## Return Receipt 5

1. Article Addressed to:
   H. Dale Hall
   Director of the United States Fish and Wildlife Service
   1849 C Street, NW
   Washington, DC 20240



Home | Help

**Track & Confirm**

# Track & Confirm

## Email Notification Confirmation

Your request will be processed within four hours.

Date of Request: **06/07/2006**
Label/Receipt Number: **7005 1160 0003 9791 2193**
Email Notification Option(s): **Email all activity to-date**
First Name: **Robert**
Last Name: **Schweitzer**
Email 1: **rschweitzer@dc.bhb.com**
Email 2:
Email 3:

**Track & Confirm**
Enter Label/Receipt Number.

( Return to USPS.com Home > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterEmailRequest.do                    6/7/2006

 **UNITED STATES POSTAL SERVICE®**    Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 9791 2193**
Detailed Results:
- **Delivered, May 25, 2006, 11:18 am, WASHINGTON, DC 20240**
- **Arrival at Unit, May 25, 2006, 7:11 am, WASHINGTON, DC 20022**

(< Back)    (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

 POSTAL INSPECTORS
Preserving the Trust    site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

## Robert Schweitzer

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Wednesday, June 07, 2006 10:21 AM |
| **To:** | Robert Schweitzer |
| **Subject:** | USPS Shipment Info for 7005 1160 0003 9791 2193 |

This is a post-only message. Please do not respond.

Robert Schweitzer has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7005 1160 0003 9791 2193

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20240 | 05/25/06 11:18am |
| Arrival at Unit | WASHINGTON DC 20022 | 05/25/06  7:11am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1