UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>          Defendants. | ) No. 06-CV-00932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT
AND RELATED DOCUMENTS**

Pursuant to Fed. R. Civ. P. 4(i) regarding Service of Summons to the United

States, Its Agencies, Its Corporations, Officers or Employees, I, Robert M. Schweitzer,

declare as follows:

1.   My full name is Robert M. Schweitzer.

2.   I am an employee of the law firm of Birch, Horton, Bittner and Cherot,

which represents the Plaintiffs in this matter.  My office address is 1155 Connecticut

Avenue, N.W., Washington, D.C. 20036.

3. On May 22, 2006, at the direction of James H. Lister, Esquire, I sent packages to the following six Defendants by United States Postal Service ("USPS") Certified Mail: (1) U.S. Fish & Wildlife Service, 1849 C Street, N.W., Washington, D.C. 20240; (2) Lynn Scarlet, Acting Secretary, United States Department of Interior, 1849 C Street, N.W., Washington, D.C. 20240; (3) H. Dale Hall, Director, United States Fish and Wildlife Service, 1849 C Street, N.W., Washington, D.C. 20240; (4) United States Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; (5) Alberto R. Gonzales, United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530; and (6) Kenneth L. Weinstein, Civil Process Clerk for U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530. The following documents were included in these packages: (a) Summons; (b) Complaint for Declaratory Judgment and Injunctive Relief; (c) Notice of Related Case; (d) Disclosure of Corporate Affiliations and Financial Interests for Home Builders Association of Northern California, California Building Industry Association and Building Industry Legal Defense Foundation, and (e) Court provided notices accompanying Summons. *See* Exhibit 1 attaching USPS certified mail receipts.

4. USPS records, attached as Exhibit 2, confirm that each of the six addresses received the certified mail packages on either May 25 or May 26, 2006.[1]

---

[1] Two of the packages were delivered to the United States Fish & Wildlife Service ("USFWS") at the same address. One package was addressed to the USFWS, one was addressed to the Director of the USFWS, who is being sued in his official capacity. To prove receipt of the first package, we obtained the USPS record of delivery and signature which is included in Exhibit 2 – the green return receipt card for that package omitted the return address of my law firm and so it did not come back. Included within Exhibit 2 is the green return receipt card for the other package sent to USFWS and the green return receipt cards for delivery of the packages to the other persons served with process.

5. I certify that the foregoing is true and correct, on this day, June 23, 2006.

Robert M. Schweitzer

Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 659-5800
Facsimile:  (202) 659-1027
**Attention: James H. Lister, Esq.**

District of Columbia : SS

    Subscribed and Sworn to before me, in my presence, this ___23rd___ day of

___June___, 2006.

Notary Public

My commission expires: ___5/14/2010___

G:\101494\1\BAW0113.DOC

# EXHIBIT 1



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  US Attorney's Office for DC
Street, Apt. No.; or PO Box No.  555 4th Street, NW
City, State, ZIP+4  Washington, DC 20530

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  United States Dept. Of the Interior
Street, Apt. No.; or PO Box No.  1849 C Street, NW
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, April 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  Lynn Scarlet, Acting sec. of Interior
Street, Apt. No.; or PO Box No.  1849 C Street, NW
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  US Fish&Wildlife Service
Street, Apt. No.; or PO Box No.  1849 C Street, NW
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  Alberto R. Gonzales US Atty. Gen.
Street, Apt. No.; or PO Box No.  950 PA Avenue, NW
City, State, ZIP+4  Washington, DC 20530-001

PS Form 3800, June 2002          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To  H. Dale Hall Fish & Wildlife Service
Street, Apt. No.; or PO Box No.  1849 C Street, NW
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, June 2002          See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
United States Attorney General
United States Department of
Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

Postage    $ 2.07
Certified Fee    2.40
Return Receipt Fee
(Endorsement Required)    1.85
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $ 6.32

Postmark
Here

Sent To
Alberto R. Gonzales US Atty Gen
Street, Apt. No.; 950 PA Avenue, NW
or PO Box No.
City, State, ZIP+4 Washington, DC 20530-001

PS Form 3800, June 2002    See Reverse for Instructions

7005 0110 0000 E797 2206
7005 0110 0000 E797 2206

CERTIFIED MAIL

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H. Dale Hall
Director of the United States
Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004.    Domestic Return Receipt

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X    ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

Dittner & Cherot
a professional corporation

Director of the United States
Fish and Wildlife Service
1849 C. Street, NW
Washington, DC 20240

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Sent To  H. Dale Hall Fish & Wildlife Service
Street, Apt. No.;
or PO Box No. 1849 C Street, NW
City, State, ZIP+4  Washington, DC 20240

7005 1160 0003 9791 2216

7005 1160 0003 9791 2216

CERTIFIED MAIL







**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

United States Fish and Wildlife Service
c/o Director
1849 C Street NW
Washington, DC 20240

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here

Sent To: US Fish&Wildlife Service
Street, Apt. No.; or PO Box No.: 1849 C Street, NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, June 2002 See Reverse for Instructions

7005 1160 0003 9791 2193
7005 1160 0003 9791 2193

CERTIFIED MAIL™

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lynn Scarlet
Acting Secretary of the US
Department of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified M..
   ☐ Registered
   ☐ Insured Mail

4. Restricted Deli

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004                    Domestic Return Receipt

---

Lynn Scarlet
Acting Secretary of the
U.S. Department of the Interior
1849 C. Street, NW
Washington, DC 20240

Horton Bittner & Cherot
a professional corporation

_____ecticut Ave., N.W.
_____, DC 20036

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postmark
Here

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Sent To
Lynn Scarlet, Acting Sec. of Interior
Street, Apt No.; 1849 C Street, NW
or PO Box No.
City, State, ZIP+4
Washington, DC 20240

PS Form 3800, June 2002

2005 1160 0005 2608 6153
2005 1160 0005 2608 6153

CERTIFIED MAIL

# EXHIBIT 2

**Card 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Alberto R. Gonzales
United States Attorney General
United States Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X  ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**Card 2:**

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
United States Department of the Interior
Acting Secretary
1849 C Street, NW
Washington, DC 20240

COMPLETE THIS SECTION ON DELIVERY

**Card 3:**

1. Article Addressed to:
Civil Process Clerk for
Kenneth L. Wainstein, US Atty.
US Attorney's Office for the
District of Columbia
555 4th Street, NW
Washington, DC 20530

**Card 4:**

1. Article Addressed to:
Lynn Scarlet
Acting Secretary of the US
Department of the Interior
1849 C Street, NW
Washington, DC 20240

**Card 5:**

1. Article Addressed to:
H. Dale Hall
Director of the United States
Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

### Email Notification Confirmation

Your request will be processed within four hours.

Date of Request: **06/07/2006**
Label/Receipt Number: **7005 1160 0003 9791 2193**
Email Notification Option(s): **Email all activity to-date**
First Name: **Robert**
Last Name: **Schweitzer**
Email 1: **rschweitzer@dc.bhb.com**
Email 2:
Email 3:

**Track & Confirm**

Enter Label/Receipt Number.

( Return to USPS.com Home > )

POSTAL INSPECTORS        site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0003 9791 2193**
Detailed Results:

- **Delivered, May 25, 2006, 11:18 am, WASHINGTON, DC 20240**
- **Arrival at Unit, May 25, 2006, 7:11 am, WASHINGTON, DC 20022**

( < Back )                 ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

## Robert Schweitzer

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Wednesday, June 07, 2006 10:21 AM |
| **To:** | Robert Schweitzer |
| **Subject:** | USPS Shipment Info for 7005 1160 0003 9791 2193 |

This is a post-only message. Please do not respond.

Robert Schweitzer has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7005 1160 0003 9791 2193

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20240 | 05/25/06 11:18am |
| Arrival at Unit | WASHINGTON DC 20022 | 05/25/06  7:11am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1