# Exhibit A
# Civ. No. 06-00932 (RWR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**U.S. FISH AND WILDLIFE SERVICE et al.,**<br><br>**Defendants,**<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ  85705<br><br>**Intervenor-Defendant –Applicant.** | **Civ. No. 06-00932 (RWR)** |

**DECLARATION OF KASSIA R. SIEGEL IN SUPPORT OF INTERVENOR-APPLICANT CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO INTERVENE AS A DEFENDANT AND [PROPOSED] MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Kassia R. Siegel, declare as follows:

1. I am staff counsel for Intervenor-Defendant-Applicant Center for Biological Diversity ("Center"). I have personal knowledge of the facts and statements contained herein and, if called as a witness, could and would competently testify thereto.

2. I have conferred with Mr. Joseph H. Kim, counsel for Federal Defendants in this action, by telephone and email concerning the Center's Motion to Intervene as a Defendant and Transfer Venue to the Northern District of California. Mr. Kim informed me that the Federal Defendants take no position on the Center's intervention, and that the Federal Defendants do

not take any position at this time on the transfer of this case to the Northern District of California.

3. I have conferred with Mr. M. Reed Hopper, counsel for Plaintiffs in this action, by telephone and email concerning the Center's Motion to Intervene as a Defendant and Transfer Venue to the Northern District of California. Mr. Hopper informed me that Plaintiffs do not oppose the Center's intervention, but that the Plaintiffs do oppose the transfer of this case to the Northern District of California.

4. Attached as Attachment 1 is a true and correct copy of an ORDER (1) GRANTING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, (2) GRANTING IN PART DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT, AND (3) REMANDING IN PART TO FWS in Center for Biological Diversity et al. v. United States Fish and Wildlife Service, et al. C-04-4324 WHA (N. District of Cal.) ("Center for Biological Diversity II") (August 19, 2005) ("August 19, 2005 Order").

5. Attached as Attachment 2 is a true and correct copy of the STIPULATED SETTLEMENT AGREEMENT AND CONSENT DECREE in Center for Biological Diversity v. U.S. Fish and Wildlife Service, C-02-0558 WHA (N. District of Cal.) ("Center for Biological Diversity I ") (June 6, 2002).

6. Attached as Attachment 3 is a true and correct copy of a June 14, 2004 ORDER GRANTING IN PART DEFENDANT'S MOTION TO EXTEND DEADLINE IN STIPULATED SETTLEMENT AGREEMENT AND CONSENT DECREE in Center for Biological Diversity I.

7. Attached as Attachment 4 is a true and correct copy of the COMPLAINT in Home Builders Association of Northern California, et al., v. Steven A. Williams, et al., Civ. No. 04-0345 LKK GGH (E. District of Cal.) ("Home Builders I").

8. Attached as Attachment 5 is a true and correct copy of the April 9, 2004 ORDER granting intervention to the Center for Biological Diversity and Environmental Defense Center in Home Builders I.

9. Attached as Attachment 6 is a true and correct copy of the March 2, 2005 ORDER Dismissing as Moot in <u>Home Builders I</u>.

10. Attached as Attachment 7 is a true and correct copy of the May 30, 2005 ORDER granting intervention in <u>Center for Biological Diversity II</u>.

11. Attached as Attachment 8 is a true and correct copy of Table C-5 from *Judicial Business of the United States Courts 2005*, downloaded from the internet at http://www.uscourts.gov/judbus2005/appendices/c5.pdf, on May 30, 2006.

12. On May 30, 2005, I searched the Lexis-Nexis news database for newspaper articles about the California tiger salamander. The search returned 394 results. True and correct copies of fourteen representative articles from newspapers including the *Monterey County Herald*, *San Francisco Chronicle*, *The Daily Review* (Hayward, CA), the *Oakland Tribune*, and the *Tri-Valley Herald* (Pleasanton, CA) are attached as Attachment 9.

I declare under penalty of perjury that the forgoing is true and correct. Executed on June 27, 2006.

_____
Kassia R. Siegel