Exhibit A, Attachment 9
Civ. No. 06-00932 (RWR)

4 of 394 DOCUMENTS

Copyright 2006 Monterey County Herald
All Rights Reserved
Monterey County Herald (California)

May 18, 2006 Thursday

**SECTION:** Z_STATE

**LENGTH:** 245 words

**HEADLINE:** Group sues to remove salamander from endangered list

**DATELINE:** SACRAMENTO

**BODY:**

A conservative foundation filed a lawsuit Wednesday challenging Endangered Species Act protection for Central California tiger salamanders, two years after the federal government declared the amphibians were threatened.

The Sacramento–based Pacific Legal Foundation filed its lawsuit in U.S. District Court for the District of Columbia on the grounds that the government's designation was invalid and illegal. The foundation filed the complaint on behalf of the Home Builders Association of Northern California, the California Building Industry Association and the Building Industry Legal Defense Foundation.

"The Central California tiger salamander has not been shown to be in danger," said foundation attorney Reed Hopper. "To the contrary, it has more breeding sites in Central California than the government claims."

The Endangered Species Act designation makes it against the law to harm the salamander and restricts development on its nearly 400,000 acres of habitat.

Backers of the listing have said the species has been threatened by urban sprawl and the invasion of nonnative species.

Tiger salamanders are about eight inches long, have pale yellow or white spots on black bodies and can live for as long as a decade.

The foundation said the listing violated federal law because the agency failed to use the best scientific data available, did not estimate the current population of adult salamanders, and ignored existing regulatory programs for protecting the fish.

**LOAD–DATE:** May 18, 2006

64 of 394 DOCUMENTS

Copyright 2005 Monterey County Herald
All Rights Reserved
Monterey County Herald

August 29, 2005 Monday

**SECTION:** Z_NEWS

**LENGTH:** 755 words

**HEADLINE:** Less habitat, with same delays;
Conservation plan in the works will require Fort Ord developers to obtain permits for incidental killing of protected species

**BYLINE:** By SUKHJIT PUREWAL; Herald Staff Writer

**BODY:**

The recent loosening of regulations protecting thousands of acres of habitat for federally protected species does nothing to speed development on Fort Ord.

Earlier this month, the U.S. Fish and Wildlife Service decreased the amount of acreage in Monterey County designated as critical habitat for vernal pool-dwelling fairy shrimp and Contra Costa goldfields. The overall vernal pool increased elsewhere in the state.

Last week, the agency dramatically curtailed the amount of acres set aside as habitat for the California tiger salamander. The ruling eliminated 28,000 acres of tiger salamander critical habitat in Monterey County alone, and 184,000 acres statewide.

Officials with the federal agency say the change will save developers more than 80 percent of the estimated $441 million that would have been lost over the next 20 years if all of the 383,000 acres originally proposed were left intact.

Environmentalists have decried the shifts, saying the federal agency is caving in to development interests.

Fish and wildlife officials have said the elimination of critical habitat acreage doesn't free developers from protecting the species if found on their property.

Critical habitats are areas that contain features necessary for the conservation of threatened and endangered species. The tiger salamander makes its home in grasslands, woodlands and vernal pools.

However, the rulings do make it easier for developers to proceed with their projects by eliminating a layer of review and possible mitigation costs.

As part of the tiger salamander ruling, a large chunk of habitat acreage was lost at Fort Hunter Liggett in the southern end of the county. Habitat acreage was also lost near Crazy Horse Canyon, but it is unclear how that could affect development.

The rulings don't affect Fort Ord, however, where acres were freed up for development, at least on paper.

"It doesn't change the fact that we have to come up with a habitat conservation plan," said Michael Houlemard, executive officer of the Fort Ord Reuse Authority.

That plan will spell out how the 18 state and federally threatened flora and fauna living on the former Army base will be protected. Part of the fees charged to developers who build on Fort Ord goes to the maintenance of the species.

Once the documentation is completed and approved by the California Department of Fish and Game and the U.S. Fish and Wildlife Service, the reuse authority will be able to apply for permits from both agencies allowing for the incidental killing of the protected species during construction in the 10,000 acres designated for development. Without those permits,

Less habitat, with same delays;Conservation plan in the works will requi

development for some projects remains at a standstill.

Houlemard said it will take a little more than a year to lock in a permit from the state and nearly three years before an agreement with the federal government will be reached. Negotiations with both agencies have been ongoing since Fort Ord closed, but only recently has a completion date for the conservation plan come into focus.

Two huge Fort Ord developments that do have the tiger salamander to contend with have found a way around their presence. Both the city of Del Rey Oaks, with its golf course/resort project, and the county's East Garrison residential development were able to devise solutions using netting to protect the tiger salamander, allowing both projects to proceed as soon as developers are ready. Both, however, are still stuck in negotiations despite years of planning.

The lack of a habitat conservation plan remains a problem for the Marina Heights project. The 1,050-unit residential subdivision has been hamstrung by the state-protected sand gilia plant that grows on its project site. Eager to get their project under way without having to wait on the reuse authority, the developers, Watt Companies/Chadmar Group of Southern California, have been trying to reach their own solution to the sand gilia problem with the state. A proposal to plant sand gilia on the CSU-Monterey Bay campus was rejected by the university.

Marina Heights is also still stymied by a lawsuit filed by a group called Marina Citizens for Accountability in Government over what that group claims was an inadequate environmental impact report.

The city's other major development, mixed-use University Villages, didn't face a similar environmental hurdle but does face a legal challenge from the environmental group Save Our Peninsula.

Sukhjit Purewal can be reached at 646-4494 or spurewal@montereyherald.com

**LOAD-DATE:** August 29, 2005

83 of 394 DOCUMENTS

Copyright 2005 The Chronicle Publishing Co.
The San Francisco Chronicle

AUGUST 20, 2005, SATURDAY, FINAL EDITION

**SECTION:** BAY AREA; Pg. B2

**LENGTH:** 397 words

**HEADLINE:** CALIFORNIA;

Judge restores protection for endangered salamander

**SOURCE:** Chronicle Staff Writer

**BYLINE:** Bob Egelko

**BODY:**
A federal judge, in a strongly worded ruling Friday, rejected the Bush administration's attempt to reduce endangered species protection for the California tiger salamander in Sonoma and Santa Barbara counties.

Populations of the amphibian inhabit coastal ranges in the Santa Rosa area, part of northwestern Santa Barbara and portions of Central California, living in upland burrows and breeding in ponds.

The U.S. Fish and Wildlife Service declared the Sonoma and Santa Barbara populations endangered species in 2003 in response to environmental lawsuits and a court order. The listing, reserved for species on the verge of extinction, prohibits development that would harm the salamander or significantly damage its habitat. The agency did not decide the status of the Central California salamander.

Farmers, homebuilders and others whose development or commercial activities were restricted by the listing sued in 2004, claiming that the government had exaggerated the threat to the salamander and that the Sonoma and Santa Barbara salamanders are part of a single statewide species, rather than distinct populations.

In response, the Fish and Wildlife Service issued a new order later in 2004, reclassifying the Sonoma and Santa Barbara salamander populations as threatened — rather than endangered — and listing the Central California salamander as threatened. One consequence of the change to threatened status, which has not yet taken effect, would be to allow routine ranching activities regardless of their impact on the creature or its habitat.

In Friday's ruling, U.S. District Judge William Alsup of San Francisco said the diminishing of protection for the Sonoma and Santa Barbara salamanders was contrary to the recommendations of the federal agency's scientific advisers and was not supported by any evidence or analysis.

"Brute force and ipse dixit were substituted without even a semblance of agency reasoning," Alsup said. "Ipse dixit" is a legal term that, roughly translated, means "because we said so."

He ordered the continuation of endangered status for both populations but said the government could try to reduce their protection in the future, if there was evidence to support the change.

Alsup upheld the government's decision to list the Central California salamander as threatened. E-mail Bob Egelko at begelko@sfchronicle.com.

**GRAPHIC:** PHOTO, The was declared endangered in 2003 in response to environmental lawsuits and a court order. / Frank Schleicher / Center for Biological Diversity

**LOAD–DATE:** August 20, 2005

104 of 394 DOCUMENTS

Copyright 2005 The Chronicle Publishing Co.
The San Francisco Chronicle

JUNE 8, 2005, WEDNESDAY, FINAL EDITION

**SECTION:** BAY AREA; Pg. B1

**LENGTH:** 599 words

**HEADLINE:** CONTRA COSTA COUNTY;

Homeowners reach deal on open space;

Easement to protect habitats of species that are threatened

**SOURCE:** Chronicle Staff Writer

**BYLINE:** Erin Hallissy

**BODY:**
Five families who dreamed of living in the isolated splendor of Mount Diablo's eastern foothills have reached an agreement with planners and environmentalists on a plan that gives them 2 acres apiece for houses and preserves nearly 212 acres as permanent open space.

Members of Fox Ridge Manor, the group that bought a 222-acre property in the Briones Valley in 2000 and planned to split it into five 44-acre ranches, didn't realize that the land includes habitat for threatened and endangered species like the San Joaquin kit fox and the California tiger salamander and red-legged frog.

Contra Costa County and the conservation group Save Mount Diablo also wanted to preserve much of the rural grasslands south of Antioch and west of Brentwood — cities in a building boom for two decades — as open space and a wildlife and hiking corridor linked to other neighboring parkland.

The agreement, announced Tuesday at the windswept land by the families, the county and Save Mount Diablo, will allow five houses on 2 acres each, along with a conservation easement protecting the rest of the land, which will eventually be maintained by the East Bay Regional Park district.

"We wanted this open space next to our homes, and we got it," said Don Parscal, who has 10 horses and is looking forward to riding them over the rolling hills and along the curving banks of Briones Creek, which swells with rainwater during the winter and spring and is usually dry by summer.

Seth Adams of Save Mount Diablo said protecting the property as open space will help complete the 60-mile Diablo Grand Loop Trail in eastern Contra Costa County. The Fox Ridge Manor site is between the new 4,000-acre Cowell Ranch State Park and the Roddy Ranch Open Space. If two more small parcels northwest of the Fox Ridge parcel are obtained, the loop will be complete and hikers and equestrians will have access to a long stretch of wildland not far from the busy suburbs. Wildlife will also benefit.

"Briones Valley Creek is one of the reasons the property is important," Adams said. "The entire corridor is considered a wildlife corridor."

Seasonal wetlands species thrive in the creek, and the grassland provides habitat for San Joaquin kit foxes. Golden eagles are common in the area, and the ground is home to ground squirrels whose burrows often provide shelter for other small critters.

In 1837, John Marsh, Contra Costa's first American settler, bought the property, then called Rancho Los Meganos after the sand dunes in the area, from Mexican land grant holder Jose Noriega. The sand dunes have since disappeared, and the area now features foothills studded with valley oaks and buckeyes now in full bloom. Although the hills are less than 400 feet high, you can sometimes see the snow-covered Sierra Nevada from them on clear winter days.

CONTRA COSTA COUNTY;Homeowners reach deal on open space;Easement to prot

"I think it's one of the most beautiful pieces of land in Brentwood," Parscal said.

It will take years for a trail through the area to be developed because of planning and funding issues, Adams said, but the landowners are looking forward to starting work on their new homes soon.

Weston Cook, managing partner of Fox Ridge Manor, is especially eager to have a more spacious home and yard. He is father to five children with another on the way, and his family has outgrown its 6,000-square-foot lot in Brentwood.

"I wanted some land, and this is a beautiful area," he said. "We've got a 15-foot backyard, just enough space (for the kids) to get their tricycles out there and make a sharp turn."

E-mail Erin Hallissy at ehallissy@sfchronicle.com.

**GRAPHIC:** PHOTO, MAP, Weston Cook (left) and Don Parscal, both members of Fox Ridge Manor, hike up a grassy slope of the new conservation easement. / Michael Maloney / The Chronicle

**LOAD-DATE:** June 8, 2005

155 of 394 DOCUMENTS

Copyright 2004 MediaNews Group, Inc. and ANG Newspapers
The Daily Review (Hayward, CA)

August 13, 2004 Friday

**SECTION:** MORE LOCAL NEWS

**LENGTH:** 483 words

**HEADLINE:** Tiger salamander land gets protection

**BYLINE:** STAFF WRITER

**BODY:**

Tens of thousands of acres in Alameda, Contra Costa, San Joaquin and Santa Clara counties would be designated critical habitat for the California tiger salamander under proposed rules released this week by the U.S. Fish and Wildlife Service.

The rules are part of the service's announcement last month that it had listed the stocky black and yellow amphibian as a threatened species under the Endangered Species Act.

As part of the new designation, the federal wildlife agency will earmark 382,666 acres in 20 counties throughout the state as habitat critical for the recovery of the species. The land would be subject to certain development restrictions.

The proposed habitat maps stretch throughout Central California, from Yolo County in the north to Kern and Tulare counties in the south and along the coast to Monterey and San Luis Obispo counties.

Included in the proposed rules are 67,599 acres in Alameda County, 43,232 acres in Contra Costa County, 42,751 acres in Santa Clara County, and 21,120 acres in San Joaquin County.

Much of the land is privately owned, although pockets of the proposed critical habitat are also on federal, state and local government lands, including within the East Bay Regional County Park and the San Francisco Bay National Wildlife Refuge, according to the proposed rules.

Fish and Wildlife spokesman Jim Nickels said the rules are subject to public comment and review and will go through public hearings and debate before being finalized in about a year. A 60-day public comment period on the proposals closes Oct. 12, Nickels said.

"It can change and it probably will change," Nickels said of the plan. "It always does. We respond to comments and seek updated scientific information. We're basically saying this is what we seek, what do you think?"

The California tiger salamander lives in seasonal, or vernal, pools and isolated ponds along narrow strips of rangeland on either side of the Central Valley. Scientists estimate the salamander, which grows to about 8 inches and has yellow spots on a black background, has lost more than half its historic breeding sites and three out of every four acres of its former habitat.

Staff attorney Kassie Siegel of the Center for Biological Diversity, which sued to obtain the "threatened" listing for the salamander, faulted the wildlife service maps, saying the proposed habitat is too fragmented.

"There are lots of little dots throughout the species range," Siegel said. "There's not a large, connected block of habitat."

Nickels said the maps are based on "the best available science at this time" although, he added, "we expect to get a lot of public comment."

The Fish and Wildlife Service's proposed critical habitat designation for the California tiger salamander, with information on submitting a comment, is available online at www.regulations.gov/fredpdfs/04-17464.pdf

Tiger salamander land gets protection The Daily Review (Hayward, CA) Aug

**LOAD–DATE:** October 8, 2004

159 of 394 DOCUMENTS

Copyright 2004 MediaNews Group, Inc. and ANG Newspapers
The Oakland Tribune (Oakland, CA)

August 11, 2004 Wednesday

**SECTION:** LOCAL & REGIONAL NEWS

**LENGTH:** 489 words

**HEADLINE:** New map shows habitat of endangered tiger salamanders

**BYLINE:** STAFF REPORTS

**BODY:**

Tens of thousands of acres in Alameda, Contra Costa, San Joaquin and Santa Clara counties would be designated critical habitat for the California tiger salamander under proposed rules released Tuesday by the U.S. Fish and Wildlife Service.

The rules are part of the service's announcement last month that it had listed the black–and–yellow amphibian as a threatened species under the Endangered Species Act.

As part of the new designation, the federal wildlife agency will earmark 382,666 acres in

20 counties throughout the state as habitat critical for the recovery of the species. The land would be subject to certain development restrictions under the law.

The proposed habitat maps stretch through–

out Central California, from Yolo County in the north to Kern and Tulare counties in the south and along the coast to Monterey and San Luis Obispo counties.

Included in the proposed rules are 67,599 acres in Alameda County, 43,232 acres in Contra Costa County, 42,751 acres in Santa Clara County and 21,120 acres in San Joaquin County. Much of the land is privately owned, although pockets of the proposed critical habitat also occur on federal, state and local government lands, including within the East Bay Regional County Park and the San Francisco Bay National Wildlife Refuge, according to the proposed rules.

Fish and Wildlife spokesman Jim Nickels said the rules are subject to public comment and review and will go through public hearings and debate before being finalized in about a year. A 60–day public comment period on the proposals closes Oct. 12, Nickels said.

"It can change and it probably will change," Nickels said of the plan. "It always does. We respond to comments and seek updated scientific information. We're basically saying: 'This is what we seek; what do you think?'"

The California tiger salamander lives in seasonal, or vernal, pools and isolated ponds along narrow strips of rangeland on either side of the Central Valley. Scientists estimate the salaman–

der, which grows to about 8 inches, has lost more than half its historic breeding sites and three out of every four acres of its former habitat.

Staff attorney Kassie Siegel of the Center for Biological Diversity, which sued to obtain the "threatened" listing for the salamander, faulted the wildlife service maps, saying the proposed habitat is too fragmented.

"There are lots of little dots throughout the species range," Siegel said. "There's not a large, connected block of habitat."

Nickels said the maps are based on "the best available science at this time," although he added, "We expect to get a lot of public comment over the next 60 days, and we welcome all public comment."

New map shows habitat of endangered tiger salamanders The Oakland Tribun

The Fish and Wildlife Service's proposed critical habitat designation for the California tiger salamander, with information on submitting a comment, is available online at http://www.regulations.gov/fredpdfs/04–17464.pdf

**LOAD–DATE:** August 11, 2004

170 of 394 DOCUMENTS

Copyright 2004 MediaNews Group, Inc. and ANG Newspapers
The Daily Review (Hayward, CA)

July 29, 2004 Thursday

**SECTION:** LOCAL & REGIONAL NEWS

**LENGTH:** 659 words

**HEADLINE:** Tiger salamander receives 'threatened' species protection;
Federal agency intends to list 382,666 acres in Central California as critical habitat for amphibian

**BYLINE:** By Douglas Fischer, STAFF WRITER

**BODY:**

Hemmed in by urban sprawl and dependent upon disappearing vernal pools, the struggling California tiger salamander deserves the protection of the Endangered Species Act, federal wildlife managers announced Monday.

Nearly 14 years after the first petition was filed with the U.S. Fish and Wildlife Service, the agency said it will list the stocky, black-and-yellow amphibian as a "threatened" species under the act and intends to earmark 382,666 acres in California as critical for the species' recovery.

The decision affects salamander populations — and land use — throughout Central California, from Yolo County in the north to Kern and Tulare counties in the south and including the Bay Area's Alameda, Contra Costa and Santa Clara counties.

"It's a major conservation milestone in California," said Kassie Siegel, an attorney with the Center for Biological Diversity, which filed the petition and sued to obtain the listing. "It's one of the state's most imperiled amphibians, and it happens to occur on some of the state's most imperiled habitat types — oaklands, grasslands and vernal pools."

With the listing comes a mandate to earmark breeding grounds and other potential salamander sites as "critical habitat" subject to certain development restrictions under the law. Fish and Wildlife said Monday it would seek to list 382,666 acres in parts of 20 counties as designated salamander habitat.

A majority of that area, the agency said, is privately owned.

"We believe this rule will promote conservation efforts and partnerships that are critical for species recovery," said Steve Thompson, the service's chief official for California and Nevada. "We also believe it will encourage continued responsible land uses that provide an overall benefit to wildlife."

The California tiger salamander lives in seasonal, or vernal, pools and isolated ponds along narrow strips of rangeland on either side of the Central Valley. Scientists estimate the salamander, which grows to about 8 inches and has yellow spots on a black background, has lost more than half its historical breeding sites and three out of every four acres of its former habitat.

The "threatened" listing is one step below the more serious "endangered" status, said Jim Nickles, a Fish and Wildlife Service spokesman. Whereas an endangered species is thought to be in "imminent" danger of extinction in all or part of its range, a threatened species is merely in danger of becoming endangered.

"In terms of actual protection to the species [under the law], there's not much difference between endangered and threatened," Nickles said.

The main difference is the agency's ability to write special rules allowing ranching activities — such as stock pond maintenance and construction — to continue in salamander habitat.

Some of the most vibrant salamander habitat is found on ranch land, particularly in stock ponds, Nickles said. An "endangered" listing would not allow the agency to grant an exemption for ranchers.

Tiger salamander receives 'threatened' species protection;Fede

The salamander is not the only Central California amphibian with a large range on the endangered species list. In April the agency proposed designating 4.1 million acres across 28 counties as critical habitat for the threatened California red–legged frog.

Developers and landowners opposing the tiger salamander's listing believe no additional protection for the salamander is necessary: with the frog's acreage so broad, plenty of salamander habitat would also be protected, they said.

Environmentalists and, apparently, the Fish and Wildlife Service disagreed.

"The thing is, 45 percent of the salamander's range in California is where the red–legged frog no longer occurs," Siegel said. "The red–legged frog, the fairy shrimp — from a practical perspective, those other listings have been ineffective to protect the salamander because it's continued to decline."

Contact Douglas Fischer at dfischer@angnewspapers.com .

**LOAD–DATE:** July 30, 2004

171 of 394 DOCUMENTS

Copyright 2004 The Chronicle Publishing Co.
The San Francisco Chronicle

JULY 28, 2004, WEDNESDAY, FINAL EDITION

**SECTION:** BAY AREA; Pg. B5

**LENGTH:** 850 words

**HEADLINE:** CALIFORNIA;

Salamander ruling's harm doubted;

Protected status seen as having little impact on Bay Area

**SOURCE:** Chronicle Environment Writer

**BYLINE:** Glen Martin

**BODY:**
Despite fears of added costs and regulatory delays among farmers and developers, the decision to list the California tiger salamander under the U.S. Endangered Species Act probably will have minimal impact on the Bay Area economy.

The U.S. Fish and Wildlife Service announced Monday plans to give "threatened" status to the spotted amphibian. That designation prohibits their killing and requires a conservation strategy to ensure the survival of the species.

The designation is expected to be published in the Federal Register by next week and will take effect 30 days later.

Biologists generally agree the salamander, which lives in rodent burrows and ranges from the Bay Area to the Central Coast and east to the Central Valley, has declined precipitously throughout its range because of habitat destruction.

Monday's decision is controversial because the act usually entails the identification of so–called critical habitat areas for each designated species, which can affect economic activities including development, farming, ranching and logging.

The Fish and Wildlife Service is expected to recommend about 400,000 acres as the salamander's critical habitat. A map of the proposed habitat areas should be released within a week, with a 60–day public comment period to follow. A final decision should be made next year.

Protected status does not directly restrict development on private property, but it does add an extra layer of regulation on land supporting a vulnerable species, often increasing the costs of development. In rare cases, this can make a project economically unfeasible.

But that is likely to have little impact on farmers and ranchers. Monday's designation contained a special clause designed to spare ranchers, whose stock ponds provide crucial breeding habitat for the salamanders, from additional costs.

"We want ranchers to stay viable," said Jim Nickles, a spokesman for Fish and Wildlife. "Much of the best habitat the salamander has left is on private ranches, and the stock ponds are essential for their survival. We really need to work in partnership with the ranching community."

Nickles said the designation might even result in a small boon for ranchers.

"We're anticipating (federal) conservation and stewardship funds will be made available to willing ranchers to improve salamander habitat," he said.

Ranchers are by no means thrilled by the designation, though they generally believe that Fish and Wildlife officials took their concerns into account, said Noelle Cremers, the director of industry affairs for the California Cattlemen's Association.

"We still don't feel the science was there to support the decision, but at least they acknowledge the role ranchers play

CALIFORNIA;Salamander ruling's harm doubted;Protected status seen a

in supporting the salamander," said Cremers. "What worries us is that this may add impetus to a designation under the state endangered species act."

Environmentalists already have filed a legal petition for just such a decision, Cremers said, "and under the state act, there is no allowance for the role ranchers play in endangered species conservation. We could be back to square one."

For developers, the picture is murkier.

The designation, Nickles said, could affect projects planned for any area supporting salamander habitat.

"Basically, if you have a project that might affect a threatened or endangered species, you have three options," said Nickles. "You can modify it; you can mitigate for impacts; or you can purchase credits in a conservation bank (a project involving the ecological restoration of land)."

That can all be done in theory, said Guy Bjerke, the chief operating officer for the Home Builders Association of Northern California, located in San Ramon, "but our concern is whether Fish and Wildlife can make it a reality in a functional way. A lot of projects will now have to go through another very burdensome process, one that involves a lot of money and unpredictable delays."

But Nickles said past experience had demonstrated threatened species — most specifically, tiger salamanders — can be protected without disrupting the construction industry.

He cited the case of an isolated population of the tiger salamander in Sonoma County that received an even more restrictive "endangered" listing two years ago.

The service delayed listing critical habitat for the amphibians because the county launched a task force to deal with the issue.

Along with Monday's listing by Fish and Wildlife, the official status of the Sonoma County tiger salamander was changed from endangered to threatened.

_____

California tiger salamander / Ambystoma californiense

— Adult: 6 8 in length

— Color: black with cream to yellow spots,

grayish belly.

— Breeding season: January to February in temporary ponds, eggs laid singly.

— Habitat: subterranean areas near ponds in grasslands and open woodlands.

— Range: west of the Sierra Nevada between Sonoma and Santa Barbara counties.

Source: Audobon Society Field GuideE-mail Glen Martin at glenmartin@sfchronicle.com.

**GRAPHIC:** GRAPHIC, MAP, John Blanchard / The Chronicle

**LOAD-DATE:** July 28, 2004

178 of 394 DOCUMENTS

Copyright 2004 The Chronicle Publishing Co.
The San Francisco Chronicle

JULY 27, 2004, TUESDAY, FINAL EDITION

**SECTION:** BAY AREA; Pg. B2

**LENGTH:** 435 words

**HEADLINE:** SAN FRANCISCO;

'Threatened' tiger salamander gets federal species protection;

Critical habitat restrictions upset farmers, developers

**SOURCE:** Chronicle Staff Writer

**BYLINE:** Charlie Goodyear

**BODY:**
Federal officials granted protected status Monday to the California tiger salamander, giving environmentalists a major victory and provoking the ire of farmers and developers around the state.

The U.S. Fish and Wildlife Service said it will list the amphibians, found in the Central Valley, Central Coast and San Francisco Bay, as "threatened" under the federal Endangered Species Act.

"We are pleased that the California tiger salamander has at long last been officially protected in Central California," said Kassie Siegel, a staff attorney with the Center for Biological Diversity. "Now it is time to move forward with efforts to protect the salamander and its habitat for future generations."

Two years ago, the center sued to protect the species, arguing that much of the native grasslands and vernal pools where salamanders breed have been lost to development. Monday's decision will extend protection of the salamanders to parts of 20 California counties.

Farming and developer groups said they were disappointed by the decision, which will take effect in about a month. The California National Resources Group, which is trying to reform the Endangered Species Act, said the ruling was based on "outdated and biased" information.

Federal officials said they will propose designating nearly 400,000 acres as the salamander's critical habitat, triggering specific land management requirements.

But some ranching operations will be exempted because stock ponds have become important breeding areas for the salamander. And ranches won't be punished if they accidentally harm the amphibians, said Al Donner, a spokesman for the Fish and Wildlife Service.

"We think ranching operations will be a critical link to maintaining the species," Donner said. "Their normal ranching activities are helpful to the salamander, and we want that to continue."

Monday's decision wasn't all good news for environmentalists. As part of the federal ruling, salamanders in Santa Barbara and Sonoma counties now designated as "endangered" will be reclassified as threatened.

"Changing the status of the Santa Barbara and Sonoma salamanders from endangered to threatened directly conflicts with the U.S. Fish and Wildlife Service's rationale for the emergency listings of the Sonoma and Santa Barbara salamanders," said Karen Kraus, a staff attorney with the Environmental Defense Center in Santa Barbara. "The decision to change the status from endangered to threatened has no basis in science."

The Associated Press contributed to this report.E-mail Charlie Goodyear at cgoodyear@sfchronicle.com.

SAN FRANCISCO;'Threatened' tiger salamander gets federal speci

**LOAD–DATE:** July 27, 2004

179 of 394 DOCUMENTS

Copyright 2004 MediaNews Group, Inc. and ANG Newspapers
Tri–Valley Herald (Pleasanton, CA)

July 27, 2004 Tuesday

**SECTION:** LOCAL & REGIONAL NEWS

**LENGTH:** 659 words

**HEADLINE:** Tiger salamander gains protection;
California amphibian gets 'threatened' status under Endangered Species Act

**BYLINE:** By Douglas Fischer, STAFF WRITER

**BODY:**

Hemmed in by urban sprawl and dependent upon disappearing vernal pools, the struggling California tiger salamander deserves the protection of the Endangered Species Act, federal wildlife managers announced Monday.

Nearly 14 years after the first petition was filed with the U.S. Fish and Wildlife Service, the agency said it will list the stocky black and yellow amphibian as a "threatened" species under the act and intends to earmark 382,666 acres in California as critical for the species' recovery.

The decision affects salamander populations — and land use — throughout Central California, from Yolo County in the north to Kern and Tulare counties in the south and including the Bay Area's Alameda, Contra Costa and Santa Clara counties.

"It's a major conservation milestone in California," said Kassie Siegel, an attorney with the Center for Biological Diversity, which filed the petition and sued to obtain the listing. "It's one of the state's most imperiled amphibians, and it happens to occur on some of the state's most imperiled habitat types — oaklands, grasslands and vernal pools."

With the listing comes a mandate to earmark breeding grounds and other potential

salamander sites as "critical

habitat" subject to certain development restrictions under the law. Fish and Wildlife said Monday it would seek to list 382,666 acres in parts of 20 counties as designated salamander habitat.

A majority of that area, the agency said, is privately owned.

"We believe this rule will promote conservation efforts and partnerships that are critical for species recovery," said Steve Thompson, the service's chief official for California and Nevada. "We also believe it will encourage continued responsible land uses that provide an overall benefit to wildlife."

The California tiger salamander lives in seasonal, or vernal, pools and isolated ponds along narrow strips of rangeland on either side of the Central Valley. Scientists estimate the salamander, which grows to about 8 inches and has yellow spots on a black background, has lost more than half its historic breeding sites and three out of every four acres of its former habitat.

The "threatened" listing is one step below the more serious "endangered" status, said Jim Nickles, a Fish and Wildlife Service spokesman. Whereas an endangered species is thought to be in "imminent" danger of extinction in all or part of its range, a threatened species is merely in danger of becoming endangered.

"In terms of actual protection to the species [under the law], there's not much difference between endangered and threatened," Nickles said.

The main difference is the agency's ability to write special rules allowing ranching activities — such as stock pond maintenance and construction — to continue in salamander habitat.

Tiger salamander gains protection;California amphibian gets '

Some of the most vibrant salamander habitat is found on ranch land, particularly in stock ponds, Nickles said. An "endangered" listing would not allow the agency to grant an exemption for ranchers.

The salamander is not the only Central California amphibian with a large range on the endangered species list. In April the agency proposed designating 4.1 million acres across 28 counties as critical habitat for the threatened California red–legged frog.

Developers and landowners opposing the tiger salamander's listing believe no additional protection for the salamander is necessary: with the frog's acreage so broad, plenty of salamander habitat would also be protected, they said.

Environmentalists and, apparently, the Fish and Wildlife Service disagreed.

"The thing is, 45 percent of the salamander's range in California is where the red–legged frog no longer occurs," Siegel said. "The red–legged frog, the fairy shrimp — from a practical perspective, those other listings have been ineffective to protect the salamander because it's continued to decline."

Contact Douglas Fischer at dfischer@angnewspapers.com .

**LOAD–DATE:** July 28, 2004

210 of 394 DOCUMENTS

Copyright 2004 MediaNews Group, Inc. and ANG Newspapers
The Oakland Tribune (Oakland, CA)

May 19, 2004 Wednesday

**SECTION:** MORE LOCAL NEWS

**LENGTH:** 294 words

**HEADLINE:** Salamander not on endangered list

**BYLINE:** WIRE AND STAFF REPORTS

**DATELINE:** WASHINGTON

**BODY:**

The Interior Department has requested a six–month extension on its proposal to list the Central California tiger salamander as a threatened species, lawmakers said Monday.

House Resources Committee Chairman Richard Pombo, R–Tracy, and other lawmakers asked for the delay. The listing was required to be issued last Friday as part of the settlement of a lawsuit by the Center for Biological Diversity, but Interior Department Assistant Secretary Craig Manson petitioned the court for an extension, Pombo said.

"The data in this case is incomplete at best, as the judge himself has asserted," Pombo said in a statement. Pombo represents Tracy, Pleasanton and parts of Stockton, Dublin, San Ramon and Danville.

"I applaud Assistant Secretary Manson's decision to hold the final rule until a thorough review of the science can be conducted," the congressman said.

The stocky, distinctively marked tiger salamander is about 8 inches long and hatches in warm pools and seasonal ponds in the San Francisco Bay area, the Central Valley and along the central coast. Environmentalists say the species is declining and in need of protections, but business interests oppose the listing, fearing protections for the species could interfere with development.

Two other varieties of tiger salamanders found in Santa Barbara and Sonoma counties have already been named as endangered.

Center for Biological Diversity staff attorney Kassie Siegel said her group would fight the proposed delay.

"We will be vigorously opposing it. They are under a court order to issue that rule by Friday and they didn't do so," she said. "The salamander's been waiting over 14 years for protection, it's continuing to decline."

The Associated Press contributed to this report.

**LOAD–DATE:** October 8, 2004

261 of 394 DOCUMENTS

Copyright 2003 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

October 1, 2003 Wednesday MORNING FINAL EDITION

**SECTION:** CALIFORNIA NEWS; Pg. 17A

**LENGTH:** 95 words

**HEADLINE:** PUBLIC INPUT EXTENDED ON TIGER SALAMANDER

**BYLINE:** Mercury News Wire Services

**DATELINE:** FRESNO

**BODY:**

The U.S. Fish and Wildlife Service on Tuesday reopened a public-comment period for a proposal to give the California tiger salamander special protections under the federal Endangered Species Act.

The service released the proposal to designate the salamander as a threatened species May 16 and opened public comment through July 22. The comment period was later extended to Sept. 22.

Now, comments will be accepted until Oct. 31.

Tiger salamanders hatch in vernal pools and seasonal ponds in the Bay Area and the Central Valley, and along the Central Coast.

**NOTES:** State News in Brief

**LOAD-DATE:** August 17, 2005

308 of 394 DOCUMENTS

Copyright 2003 Contra Costa Times
All Rights Reserved
Contra Costa Times

May 17, 2003 Saturday FINAL EDITION

**SECTION:** NEWS; Pg. A01

**LENGTH:** 668 words

**HEADLINE:** BAY AREA AMPHIBIAN COULD GET PROTECTION;
WILDLIFE OFFICIALS WANT TO INSTALL TIGER SALAMANDER ON THREATENED SPECIES LIST

**BYLINE:** STAFF AND WIRE REPORTS

**DATELINE:** SUNOL

**BODY:**

SUNOL — A stocky, distinctively marked salamander with a penchant for spending summers chilling out in gopher holes is the newest California candidate for threatened species status.

Officials from the U.S. Fish and Wildlife Service said Friday they hope to add the California tiger salamander to the list of plants and animals receiving special protection under the federal Endangered Species Act.

The proposal was issued to settle a 2002 lawsuit brought against state Fish and Game commissioners by the Center for Biological Diversity, an advocacy group that had petitioned to get the amphibian listed under the stricter category of endangered.

"This species is unique to California and represents an important part of California's rare species," said Adam Zerrenner, an agency biologist. He counted loss of habitat, the effects of nonnative animals and pesticides as the factors contributing to the salamander's demise.

Two other varieties of tiger salamanders found in Santa Barbara and Sonoma counties have already been named as endangered. They would be reclassified as merely threatened under the new proposal.

The Home Builders Association of Northern California will fight the proposal, general counsel Paul Campos said Friday.

"It's a widespread species in the Bay Area, especially the East Bay," Campos said. "This would have a substantial impact on not only home building, but all kinds of infrastructure that the Bay Area needs right now."

Campos said environmental groups could use the protection to block affordable housing projects, freeway construction and schools.

While tiger salamanders are already a species of special concern under California environmental laws, "this would add a whole new layer of federal regulation," he said.

Tiger salamanders have been found on the east side of Mount Diablo, proposed housing developments near Pittsburg and Antioch, and the Happy Valley area near Pleasanton, among other locations.

Seth Adams, director of land programs for Save Mount Diablo, said the animals may also become a factor in any proposed development of North Livermore. He lauded the proposal.

"Endangered species are an indicator of the health of an area," Adams said. "The tiger salamander is clearly deserving of protection."

Tiger salamanders are about 8 inches long, have pale yellow or white spots on black bodies, and can live for as long as

BAY AREA AMPHIBIAN COULD GET PROTECTION;WILDLIFE OFFICIALS WANT TO INSTA

a decade. They hatch in vernal pools and seasonal ponds in the Bay Area, the Central Valley and along the Central Coast. Once they sprout legs, they travel up to a mile in search of underground gopher or squirrel burrows that will protect them from the heat.

The Wildlife Service announced its decision at Koopmann Ranch in Sunol, a 950–acre cattle ranch with a watering hole that is a breeding ground for tiger salamanders.

Owner Tim Koopmann recently sold 30 acres around the pond to a San Jose developer who needed to offset the environmental effects of his project. The land was sold as a "conservation easement" that guarantees its preservation as open space.

The proposed rules would exempt routine ranching activities from regulatory prohibitions. Nearly half of tiger salamander habitat in the state is located on rangelands.

Contrary to previously held views, moderate grazing has been found to be a help, rather than a hindrance, to the survival of tiger salamanders because the short–legged creatures have a hard time traveling in overgrown grasslands, experts say.

The service's proposal begins a 12–month process to determine whether to permanently designate the salamander a threatened species. The agency will hold public hearings and receive written comments for the next two months. If no changes are made, the new rules would take effect in May 2004.

The first hearing will be held June 10 at the Hilton Garden Inn, 2801 Constitution Drive, Livermore, from 1 p.m. to 3 p.m. and 6 p.m. to 8 p.m.

Staff writer Sandy Kleffman and Associated Press contributed to this report.

**LOAD–DATE:** November 11, 2005

311 of 394 DOCUMENTS

Copyright 2003 The Chronicle Publishing Co.
The San Francisco Chronicle

MAY 17, 2003, SATURDAY, FINAL EDITION

**SECTION:** BAY AREA; Pg. A19

**LENGTH:** 475 words

**HEADLINE:** Proposal to protect salamander would exempt private ranchlands

**SOURCE:** Chronicle Staff Writer

**BYLINE:** Erin Hallissy

**BODY:**
The threatened California tiger salamander, a stocky terrestrial critter with small eyes and a broad snout, coexists so well with cattle that ranchers should be exempted from provisions of the Endangered Species Act, the U.S. Fish and Wildlife Service said Friday.

The service proposed listing the central California population of the California tiger salamander as threatened under federal law and suggested designating 1.1 million acres as its habitat.

Adam Zerrenner, a Fish and Wildlife Service biologist based in Sacramento, said the agency is trying to protect the salamander and its habitat, much of which has been lost to development.

The 1.1 million acres throughout central California that is proposed for habitat designation is mostly privately owned. About half of that land is used for ranching, Zerrenner said.

The service proposed that ranchers be exempted from laws against moving or accidentally killing the salamanders during routine ranching activities such as cattle grazing and maintenance of stock ponds. Zerrenner said the salamanders breed in watering holes used by cattle and later burrow in squirrel and gopher holes in upland grazing areas.

"It's an excellent opportunity for the (wildlife) service to partner with these private landowners to do things to protect their way of life, and what they do protects the tiger salamander," he said.

Tim Koopmann a 50-year-old fourth-generation cattle rancher in Sunol, said he's seen many California tiger salamanders since he was a kid on the 900-acre property east of Interstate 680.

"They are cute. They look like they've got a smile on their face," Koopmann said. "They visit the breeding pond for a brief period. Then they wander off to go live in squirrel burrows for the rest of the year."

Zerrenner said parklands and other open space provide habitat for the California tiger salamander in addition to ranchlands.

"A lot of the natural salamander habitat has been lost," he said. "The ponds that are created by cattlemen are well-suited for California tiger salamanders."

The Center for Biological Diversity, which had sued the Fish and Wildlife Service over habitat designations for endangered and threatened species, said it would study plans to give ranchers an exemption in the regulations.

But the agency's proposal to reclassify the Santa Barbara and Sonoma populations of salamanders from endangered to threatened drew immediate fire from the group.

"That is outrageous and illegal," Kassie Siegel, a lawyer for the environmental group, said late Friday after reviewing the service's announcement. "These are populations that are indisputably on the verge of extinction."

Workshops and public hearings on the proposed habitat and ranching exemptions will be held throughout June.

Proposal to protect salamander would exempt private ranchlands  The San

E–mail Erin Hallissy at ehallissy@sfchronicle.com.

**LOAD–DATE:** May 17, 2003