# Exhibit B
# Civ. No. 06-00932 (RWR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**U.S. FISH AND WILDLIFE SERVICE et al.**,<br><br>Defendants,<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY**,<br>1333 N. Oracle Rd.<br>Tucson, AZ  85705<br><br>Intervenor-Defendant –Applicant. | **Civ. No. 06-00932 (RWR)** |

**DECLARATION OF PETER GALVIN IN SUPPORT OF INTERVENOR-APPLICANT CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO INTERVENE AS A DEFENDANT AND [PROPOSED] MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Peter Galvin, declare as follows:

1. I am a member of the Board of Directors and Conservation Director for the Center for Biological Diversity ("the Center").  This declaration is made in support of the Center's Motion to Intervene as a Defendant and [Proposed] Motion to Transfer Venue to the Northern District of California.  I have personal knowledge of the facts and statements contained herein and, if called as a witness, could and would competently testify thereto.

2. The Center is a non-profit corporation with offices in San Francisco, Joshua Tree, and San Diego, California; Tucson and Phoenix, Arizona; Pinos Altos, New Mexico; and Washington, DC.  The Center's primary mission is to preserve and recover endangered species

and their habitats, including all populations of the California tiger salamander. In my role as Conservation Director, my primary duty is to advocate for the preservation and recovery of imperiled species, including the California tiger salamander. I work primarily out of an office in Shelter Cove, California, and out of our San Francisco office.

   3. Under my direction and with my personal involvement, the Center has developed a "Golden State Biodiversity Initiative" to protect all imperiled species in the state of California. The primary strategies of this program are to ensure that imperiled species are listed under the Endangered Species Act and that their habitats are protected from destruction. As the California tiger salamander occurs only in California and all three distinct population segments are highly imperiled, the Center has made its conservation one of our primary tasks.

   4. Under my direction, the Center has taken a number of steps and initiatives to protect the Central California distinct population segment of the California tiger salamander ("Central California Salamander"). These actions include, but are not limited to: filing suit to compel the U.S. Fish and Wildlife Service to protect the Central California salamander under the Endangered Species Act, filing suit to compel the U.S. Fish and Wildlife Service to designate critical habitat for the Central California Salamander under the Endangered Species Act, filing two Petitions with the California Fish and Game Commission to list the California tiger salamander as endangered under the California Endangered Species Act throughout its range in California; writing, posting, and disseminating via our internet and mail outreach systems educational pieces concerning the plight of the California tiger salamander; organizing letter and postcard writing campaigns to advocate for protection of the California tiger salamander, and advocating orally and in writing before various federal and state agencies for the protection of this species.

   5. The Center maintains three offices throughout California and is involved in a broad array of conservation initiatives involving the vernal pool, grassland, and oak woodland habitats that support California tiger salamanders. I have traveled many times to areas inhabited by the Central California Salamander and attempted to observe this animal in its natural habitat.

I regularly visit and travel through California's Great Central Valley as part of my conservation duties, and plan to continue visiting Central California salamander habitat throughout the state.

6. I am extremely concerned about the health of the environment and the maintenance of biological diversity. I choose to live in California in large part because of its incredibly rich and diverse natural environment. Being able to visit and appreciate the beauty and complexity of natural systems such as the vernal pools, grasslands, and oak woodlands inhabited by the Central California Salamander is extremely important to me. Witnessing the disappearance of these habitats from impacts such as urban and agricultural development, as well as the decline of the Central California Salamander from this habitat loss and additional factors such as introduced species, has a highly negative psychological impact on me and causes me great distress.

7. I am extremely concerned about the survival of the Central California Salamander and its habitat. I derive great professional and scientific benefit from the existence of this unique animal, which is an integral part of the wetlands and uplands ecosystems it inhabits. I also derive aesthetic, recreational, and spiritual benefits from healthy Central California Salamander populations, by having the chance to see them in the wild, and because their ecosystem is healthier with them in it, and less enjoyable without their presence, even when I cannot see them.

8. In addition, the Center has members throughout California who support the Center's work to protect imperiled species, including members who live near and visit Central California Salamander habitat. The Center's members include local residents and also visitors to these areas with educational, moral, spiritual, scientific, ecological and/or recreational interests in the Central California Salamander. The Center's members also enjoy the biological, scientific, recreational, and/or aesthetic values of the areas inhabited by these species. I have been contacted on numerous occasions by Center members who have encouraged the Center to take all possible actions to protect the Central California Salamander.

9. The Center and its members will be irreparably harmed if the listing decision for the Central California Salamander is overturned. If the Central California Salamander is stripped

of its threatened status, there would be little to prevent the decline and extinction of this species. If the Central California Salamander continues to decline and/or go extinct, the Center and I will suffer a professional and scientific loss, because it is our job to protect this species, and this goal cannot be achieved without its listing under the Endangered Species Act and all protections that listing provides. The Center, I and other Center staff, and Center members will all also suffer a biological, recreational, spiritual, and aesthetic loss if the listing of the Central California Salamander were overturned. If the Center is not allowed to intervene in this action, its ability to carry out its mission and protect its members' interests, as described above, will be severely impeded.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2006.

_____
Peter Galvin