# Exhibit C
# Civ. No. 06-00932 (RWR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.**, <br><br> Plaintiffs, <br><br> vs. <br><br> **U.S. FISH AND WILDLIFE SERVICE et al.**, <br><br> Defendants, <br><br> and <br><br> **CENTER FOR BIOLOGICAL DIVERSITY,** <br> 1333 N. Oracle Rd. <br> Tucson, AZ 85705 <br><br> Intervenor-Defendant –Applicant. | Civ. No. 06-00932 (RWR) |

**DECLARATION OF DOUGLAS L. BEVINGTON IN SUPPORT OF INTERVENOR-APPLICANT CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO INTERVENE AS A DEFENDANT AND [PROPOSED] MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Douglas L. Bevington, declare as follows:

1. This declaration is based on personal knowledge. If called to do so, I could and would testify to these facts in court.

2. I am a member of the Center for Biological Diversity ("Center") and I rely upon the Center to represent my interests with regard to protection of imperiled species, their habitats, and the environment. This declaration is made in support of the Center's Motion to Intervene as a Defendant and [Proposed] Motion to Transfer Venue to the Northern District of California.

3. I have a Bachelor's degree in Sociology from University of California, Santa Cruz. I have a Master's degree in Sociology from the University of Oregon. And I am currently

a doctoral candidate in Sociology at the University of California, Santa Cruz, and reside in Santa Cruz. In each of these programs, my studies have focused on the subfield of Environmental Sociology. My doctoral research is on endangered species policy.

4. I have been involved in environmental protection throughout my adult life. I have special interest in endangered species and in amphibians including the California tiger salamander. In summer 1992, I worked on a guidebook to the endangered species of California titled "Life on the Edge" edited by Carl Thelander (BioSystems Books, 1994). I was responsible for research and writing many of the species accounts in that book. Such research further fueled my knowledge and interest in endangered species.

5. I am greatly interested in and concerned about the California tiger salamander, its habitat, and its conservation. California tiger salamanders are endemic to the natural vernal pools, grasslands, and oak woodlands of California, which are all biodiverse and imperiled habitat types. I often spend time in habitat occupied or potentially occupied by California tiger salamanders. I plan to continue these activities in the future, and increase their frequency as time allows.

6. California tiger salamanders are cryptic and difficult to view in the wild. The most likely time to see them is on rainy winter nights, when the salamanders migrate from their burrows to vernal pools or other waterbodies to lay their eggs. In the winter of 2004-2005, I had the great privilege of observing a California tiger salamander in the wild at the Jepson Prairie Reserve. Because it was not raining much that evening, there were not many salamanders out of their burrows, and I was the only member of our group, in several hours of searching, that actually got to see a salamander. The salamander I observed was just outside its burrow, and as I watched, it retreated back into its burrow and was no longer visible. It filled me with a great sense of joy and wonder to see this salamander. I will attempt to observe California tiger salamanders again in the future, and hope very much to do so again.

7. I am aware of and have observed many of the threats to the California tiger salamander, such as increasing agricultural and urban development in California, invasive

species, and the spread of tiger salamanders which are not native to California. I am very concerned by these threats to the salamander, whose existence I cherish.

8.  I understand that Plaintiffs have brought this lawsuit to remove protection for the Central California distinct population segment of the California tiger salamander ("Central California Salamander"). I would be greatly harmed if this lawsuit were to succeed, because without the protections of the Endangered Species Act threatened listing, the Central California Salamander is more likely to decline in status or become extinct, and its habitat is more likely to be destroyed or degraded.

9.  If the salamander continues to decline or becomes extinct, I will suffer in a variety of ways including, but not limited to: (1) a loss of the ecological diversity and functions I value, as the environment will be degraded by the absence of salamander, which is an integral part of the ecosystem; (2) a scientific loss of the ability to observe, study and learn from the salamander in the wild and then to apply knowledge so gained to other aspects of biology, ecology, and our environment; (3) an aesthetic loss, from losing the chance to see the salamander in the wild; (4) a recreational loss, as my outdoor enjoyment is diminished when species that belong there are missing from areas I observe or where I recreate; (5) psychological harm from my disappointment that Californians have failed in our stewardship of the species and the ecosystem. In addition, in all likelihood if the salamander continues to decline or becomes extinct, it will be because development has not been adequately regulated and concentrated in low-impact areas, but has continued to destroy substantial areas of habitat for the salamander as well as numerous other species. Therefore I will also suffer from loss of natural open space, ecosystems, and species populations to appreciate and enjoy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2006.

_____
Douglas L. Bevington