# Exhibit E
# Civ. No. 06-00932 (RWR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.**,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**U.S. FISH AND WILDLIFE SERVICE et al.**,<br><br>**Defendants,**<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ 85705<br><br>**Intervenor-Defendant –Applicant.** | **Civ. No. 06-00932 (RWR)** |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Intervenor-Defendant-Applicant Center for Biological Diversity, certify that to the best of my knowledge and belief, the Center for Biological Diversity does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted this 30th day of June, 2006.

/s/ Erin M. Tobin
─────────────────────────────

Erin M. Tobin
(D.C. Bar No. 494948)

Katherine A. Meyer
(D.C. Bar No. 244301)

MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Kassia Siegel (Pro Hac Vice Applicant)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone: 760-366-2232
Facsimile: 760-366-2669

Attorneys for Intervenor-Defendant-Applicant Center for Biological Diversity