# Exhibit G
# Civ. No. 06-00932 (RWR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.**,<br><br>Plaintiffs,<br><br>vs.<br><br>**U.S. FISH AND WILDLIFE SERVICE et al.**,<br><br>Defendants,<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ 85705<br><br>Intervenor-Defendant –Applicant. | Civ. No. 06-00932 (RWR) |

**[PROPOSED] ORDER TRANSFERRING VENUE**

Having reviewed the Center for Biological Diversity's Motion to Transfer Venue to the Northern District of California, Memorandum of Points and Authorities in support of its motion and supporting declarations, the responses and replies thereto, and the entire file in this case, the Court hereby finds that this case is related to <u>Center for Biological Diversity, et el., v. U.S. Fish and Wildlife Service, et al.</u>, Civ. No. 04-4324 WHA (N. Dist. of California), which concerned the same final rule and administrative record challenged here.  Pursuant to 28 U.S.C. § 1404(a) the court finds that the interests of justice weigh in favor of transfer to Judge Willam H. Alsup in the Northern District of California.  Accordingly, it is hereby

ORDERED that the Center for Biological Diversity's motion to transfer venue to the Northern District of California is GRANTED; and

ORDERED that, consistent with this Order, the clerk of the court transfer this case to Judge William H. Alsup in the Northern District of California.

IT IS SO ORDERED this _____ day of _____, 2006.

_____

UNITED STATES DISTRICT COURT JUDGE

LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH ORDER

Please serve the following electronically:

Erin Tobin
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, Suite 700
Washington, D.C. 20009
Telephone: 202-588-5206
Facsimile: 202-588-5049
Email: erintobin@meyerglitz.com

William P. Horn
BIRCH, HORTON, BITTNER AND CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
(202) 659-5800
Fax: (202) 659-1027
Email: bhorn@dc.bhb.com

Joseph H. Kim, Trial Attorney
U.S. Dept. of Justice
Environment & Natural Resource Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington D.C. 20044-7369
(202) 305-0207 (phone)
(202) 305-0275 (fax)
Email: joseph.kim@usdoj.gov