# Exhibit H
# Civ. No. 06-00932 (RWR)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, <u>et al</u>., <br><br> **Plaintiffs,** <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE <u>et al</u>., <br><br> **Defendants,** <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br> 1333 N. Oracle Rd. <br> Tucson, AZ  85705 <br><br> **Intervenor-Defendant –Applicant.** | Civ. No. 06-00932 (RWR) |

## [PROPOSED] MOTION FOR KASSIA R. SIEGEL TO APPEAR <u>PRO HAC VICE</u>

Pursuant to Local Rule 83.2(d), Erin Tobin, Meyer Glitzenstein & Crystal, 1601 Connecticut Avenue, Suite 700, Washington, D.C. 20009, hereby moves to have Kassia R. Siegel appear <u>pro hac vice</u> on behalf of Intervenor-Defendant-Applicant Center for Biological Diversity ("Center") in the above-captioned case.  The Declaration of Kassia R. Siegel is attached and provided in support of this motion in conformance with Local Rule 83.2(d).  The Plaintiffs and Federal Defendants have informed counsel for the Center that they take no position on this motion.

Erin Tobin, Meyer Glitzenstein & Crystal, 1601 Connecticut Avenue, Suite 700, Washington, D.C. 20009 will act as local counsel for Ms. Siegel.

Respectfully submitted this 30th day of June, 2006.


/s/ Erin M. Tobin
_____

Erin M. Tobin
(D.C. Bar No. 494948)
Katherine A. Meyer
(D.C. Bar No. 244301)

MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206
(202) 588-5049 fax

Attorneys for Intervenor-Defendant-Applicant Center for Biological Diversity

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al.,

       Plaintiffs,

       vs.

U.S. FISH AND WILDLIFE SERVICE et al.,

       Defendants,

       and

CENTER FOR BIOLOGICAL DIVERSITY,
1333 N. Oracle Rd.
Tucson, AZ  85705

       Intervenor-Defendant-Applicant.

Civ. No. 06-00932 (RWR)

## DECLARATION OF KASSIA R. SIEGEL IN SUPPORT OF [PROPOSED] MOTION TO APPEAR PRO HAC VICE

I, Kassia R. Siegel, hereby declare as follows:

    1.      My full name is Kassia R. Siegel.

    2.      I practice law as staff counsel for the Center for Biological Diversity, P.O. Box 549, Joshua Tree, CA, 92252.  My telephone number is (760) 366-2232 and my facsimile number is (760) 366-2669.

    3.      I have been admitted to practice law in the Supreme Court of California, the U.S. Court of Appeals, the Ninth Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of California, U.S. District Court for the Central District of California, and the U.S. District Court for the Eastern District of

California.  I have also been admitted to practice law in the Supreme Court of Alaska and the U.S. District Court for the District of Alaska, and am currently on inactive status in Alaska.

4.      I am not currently suspended or disbarred in any other court and I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rule or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b),(c), or (g) or their state equivalents.

5.      I have not concurrently or at any time in the past two years made any pro hac vice application to this Court.

6.      I do not practice law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

7.      The name, address, and telephone number of local counsel is Erin Tobin, Meyer Glitzenstein & Crystal, 1601 Connecticut Avenue, Suite 700, Washington, D.C. 20009, telephone number: (202) 588-5206, facsimile number: (202) 588-5049.  Ms. Tobin is a member in good standing of the Bar of this Court.

8.      I am of good moral character and have been requested as staff counsel to represent Proposed Intervenor-Defendant Center for Biological Diversity before this Court.  I have read and will comply with all applicable rules.

9.      Counsel for the Federal Defendants, Mr. Joseph H. Kim, has informed me that the Federal Defendants take no position on the Center's Motion for my appearance pro hac vice.

10.     Counsel for the Plaintiffs, Mr. M. Reed Hopper, has informed me that the Plaintiffs take no position on the Center's Motion for my appearance pro hac vice.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 27th day of June, 2006.

Kassia Siegel
CENTER FOR BIOLOGICAL IVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  760-366-2232
Facsimile:  760-366-2669
Email:  ksiegel@biologicaldiversity.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al.,** | **Civ. No. 06-00932 (RWR)** |
| **Plaintiffs,** | |
| **vs.** | |
| **U.S. FISH AND WILDLIFE SERVICE et al.,** | |
| **Defendants,** | |
| **and** | |
| **CENTER FOR BIOLOGICAL DIVERSITY, 1333 N. Oracle Rd. Tucson, AZ  85705** | |
| **Intervenor-Defendant-Applicant.** | |

**PROPOSED ORDER ADMITTING ATTORNEY PRO HAC VICE**


        IT IS HEREBY ORDERED that counsel for the Center for Biological Diversity, Kassia

R. Siegel, is admitted to practice pro hac vice in this case, on behalf of Intervenor-Defendant

Center for Biological Diversity.


IT IS SO ORDERED this _____ day of _____, 2006.



                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

**LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH ORDER**

Please serve the following electronically:

Erin Tobin
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, Suite 700
Washington, D.C. 20009
Telephone:  202-588-5206
Facsimile:  202-588-5049
Email:  erintobin@meyerglitz.com

William P. Horn
BIRCH, HORTON, BITTNER AND CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
(202) 659-5800
Fax: (202) 659-1027
Email: bhorn@dc.bhb.com

Joseph H. Kim, Trial Attorney
U.S. Dept. of Justice
Environment & Natural Resource Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington D.C. 20044-7369
(202) 305-0207 (phone)
(202) 305-0275 (fax)
Email:  joseph.kim@usdoj.gov