UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-CV-00932 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, it is hereby moved that M. Reed Hopper be admitted *pro hac vice* to represent the Home Builders Association of Northern California, the California Building Industry Association, and the Building Industry Legal Defense Foundation as Plaintiffs in the matter of *Home Builders Association of Northern California, et al. v. United States Fish and Wildlife Service*. Civil Action No. 06-CV-00932.

Mr. Hopper has been a member in good standing of the bar of the State of California since December 11, 1987 (California State Bar No. 131291). Mr. Hopper is also a member in good standing of the United States District Courts of California for the Eastern, Northern, Southern, and Central Districts, the United States Courts of Appeals for the First, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, and District of Columbia Circuits, the United States Federal Circuit, and the United States Supreme Court.

Mr. Hopper is familiar with the rules of this Court, the facts of this case, and the pleadings. If permitted to appear, Mr. Hopper will be associated with William P. Horn and James H. Lister who are active members in good standing of the bar of this Court. Messrs. Horn and Lister's address is 1155 Connecticut Avenue, N.W., Washington, D.C. 20036. Their telephone number is (202) 659-5800.

For the reasons set forth above, we respectfully request that this Court grant this motion for Mr. Hopper to appear *pro hac vice* in this action.

DATED: July 6, 2006.

Respectfully submitted,

/s/
WILLIAM P. HORN
District of Columbia Bar No. 375666
JAMES H. LISTER
District of Columbia Bar No. 447878
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027

Attorney for Plaintiffs

-ii-

M. REED HOPPER (Pro Hac Vice Applicant)
DAMIEN M. SCHIFF (Pro Hac Vice Applicant)
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, CA  95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

PAUL CAMPOS (Of Counsel)
Home Builders Association of
Northern California
200 Porter Drive, Suite 200
San Ramon, CA  94583

Attorney for Plaintiff Home Builders Association of
Northern California

G:\101494\1\BAW0177.DOC

-iii-