UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>        Defendants. | No. 06-CV-00932 |

**DECLARATION OF M. REED HOPPER IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, M. Reed Hopper, declare as follows:

1. My full name is Malcolm Reed Hopper.

2. My office address is Pacific Legal Foundation, 3900 Lennane Drive, Suite 200, Sacramento, California, and my telephone is (916) 419-7111.

-1-

3. I have been admitted to the following bars: The State of California (Bar No. 131291); the United States District Courts of California for the Eastern, Northern, Southern, and Central Districts; the United States Courts of Appeals for the First, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, District of Columbia, and United States Federal Circuits; and the United States Supreme Court.

4. I have never been disciplined by any court. See attached Certificate of Good Standing.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of June, 2006.

M. REED HOPPER
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MALCOLM REED HOPPER

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MALCOLM REED HOPPER was on the 11TH day of DECEMBER 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 22ND day of JUNE, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _Joseph Cornetta_
Joseph Cornetta, Deputy Clerk