UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>　　　　Defendants. | ) No. 06-CV-00932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

It having been shown to the satisfaction of the Court that M. Reed Hopper is eligible for admission *pro hac vice* to this Court pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia and that Mr. Hopper will be associated with William P. Horn and James H. Lister who are active members in good standing of the bar of this Court;

IT IS HEREBY ORDERED that M. Reed Hopper be admitted *pro hac vice* to this Court to represent the Home Builders Association of Northern California; the California

Building Industry Association; and the Building Industry Legal Defense Foundation as Plaintiffs in the matter of *Home Builders Association of Northern California, et al. v. United States Fish and Wildlife Service*, Civil Action No. 06-CV-00932.

DATED:_____.

_____
UNITED STATES DISTRICT COURT JUDGE

G:\101494\1\BAW0179.DOC