UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA; CALIFORNIA BUILDING INDUSTRY ASSOCIATION; and BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity; UNITED STATES DEPARTMENT OF INTERIOR; LYNN SCARLET, Acting Secretary of the United States Department of Interior, in her official capacity,<br><br>        Defendants. | ) No. 06-CV-00932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DAMIEN M. SCHIFF IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, I, Damien M. Schiff, declare as follows:

1. My full name is Damien Michael Schiff.

2. My office address is Pacific Legal Foundation, 3900 Lennane Drive, Suite 200, Sacramento, California, and my telephone is (916) 419-7111.

3. I have been admitted to the following bars: The State of California (Bar No. 235101); the United States District Courts of California for the Eastern, Northern, and Central Districts; the United States Court of Appeals for the Ninth Circuit; and the Federal Court of Claims.

4. I have never been disciplined by any court. See attached Certificate of Good Standing.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of June, 2006.

DAMIEN M. SCHIFF
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAMIEN MICHAEL SCHIFF

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that DAMIEN MICHAEL SCHIFF was on the 27TH day of DECEMBER 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 17TH day of MAY, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*