IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE et al., <br><br> Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br> 1333 N. Oracle Rd. <br> Tucson, AZ  85705 <br><br> Intervenor-Defendant –Applicant. | Civ. No. 06-00932 (RWR) |

### ▬▬▬▬▬▬ ORDER GRANTING INTERVENTION

Having reviewed the Center for Biological Diversity's Motion for Intervention as a Defendant, Memorandum of Points and Authorities in support of its motion and supporting declarations, the responses and replies thereto, and the entire file in this case, the Court hereby finds that pursuant to Fed. R. Civ. P. 24(a), and for good cause shown, the Center for Biological Diversity is entitled to intervene as a matter of right as a defendant in this case.  Accordingly, it is hereby:

ORDERED that the Center for Biological Diversity's Motion to Intervene as a Matter of Right as a Defendant in this case is GRANTED.

ORDERED that the Center for Biological Diversity's Motion to Transfer Venue to the Northern District of California is deemed filed as of this date;

ORDERED that the Center for Biological Diversity's Motion for Kassia R. Siegel to appear pro hac vice is deemed filed as of this date;

IT IS SO ORDERED this 28th day of July, 2006.

_____
Richard W. Roberts
UNITED STATES DISTRICT COURT JUDGE