IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOME BUILDERS ASSOCIATION OF
NORTHERN CALIFORNIA, et al.,

Plaintiffs,

vs.

U.S. FISH AND WILDLIFE SERVICE et al.,

Defendants,

and

CENTER FOR BIOLOGICAL DIVERSITY,
1333 N. Oracle Rd.
Tucson, AZ 85705

Intervenor-Defendant-Applicant.

Civ. No. 06-00932 (RWR)

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED that counsel for the Center for Biological Diversity, Kassia R. Siegel, is admitted to practice pro hac vice in this case, on behalf of Intervenor-Defendant Center for Biological Diversity.

IT IS SO ORDERED this 28th day of July, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE