UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOME BUILDERS ASSOC. OF <br> NORTHERN CALIFORNIA, et al. <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Intervenor-Defendant. | Civ. No. 06-932-RWR |

**DEFENDANT'S RESPONSE TO MOTION TO TRANSFER VENUE**

Defendants, U.S. Fish and Wildlife Service, H. Dale Hall, U.S. Department of the Interior, and Dirk Kempthorne,[1] through counsel, respond to Intervenor-Defendant's Motion to Transfer Venue as follows:

1.  Venue for this case would be proper both in this District and in the Northern District of California.

2.  Pursuant to this Court's minute order of July 31, 2006, all parties to this action are to show cause in writing why the Motion to Transfer venue should not be granted. Defendants know of no cause which would require this Court to deny the Motion to Transfer. Rather, Defendants

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), in his official capacity, Dirk Kempthorne is automatically substituted as a Defendant in place of Lynn Scarlet [*sic*].

believe that the ruling on this matter is left to this Court's discretion.  Defendants take no other position on the Motion to Transfer Venue.

Dated:  August 30, 2006     Respectfully submitted,

           SUE ELLEN WOOLDRIDGE, Assistant Attorney General
           United States Department of Justice
           Environment and Natural Resources Division
           JEAN E. WILLIAMS, Section Chief
           LISA L. RUSSELL, Assistant Section Chief

             s/ Joseph H. Kim
           JOSEPH H. KIM, Trial Attorney (IL Bar No. 6243249)
           United States Department of Justice
           Environment and Natural Resources Division
           Wildlife and Marine Resources Section
           Benjamin Franklin Station, P.O. Box 7397
           Washington, D.C. 20044-7397
           Telephone: (202) 305-0216
           Facsimile: (202) 305-0275

           Attorneys for Defendants